## SITTON *vs.* CURETON *et al.*

The question of overflowing lands by a mill-dam having been submitted to arbitration, an award that the owner of the dam pay to the owner of the land a specified sum annually "for each year he keeps his mill-dam up to a certain point indicated by the arbitrators on a certain stump," included the right of the dam owner to raise the water to the height indicated by the arbitrators.

(a.) The sole question being whether the water had been raised to a greater height than the award allowed, it should have been left to the jury.

Judgment reversed.

November 20, 1883.

BLANDFORD, Justice.

## DALE & WELLS *vs.* DANIELS; DALE & WELLS *vs.* MARMELSTEIN.

These cases are controlled by the ruling in *Thompson vs. Spraigue, Soulle & Co.*, 69 *Ga.*, 409.

Judgment affirmed.

January 8, 1884.

JACKSON, Chief Justice.

## THE SAVANNAH, FLORIDA AND WESTERN RAILWAY *vs.* STEWART.

Where suit was brought against a railroad for damages for killing an ox, and the only question was, whether the agents of the road, at the time of the casualty, were in the exercise of all ordinary and reasonable care and diligence, that issue was for the jury; and it having been fairly submitted, and there being conflicting accounts of the transaction, and the court below being satisfied with the finding, there was no abuse of discretion in refusing a new trial. 61 *Ga.*, 11; 65 *Id.*, 714; 56 *Id.*, 540; 60 *Id.*, 182; Code, §3033.

Judgment affirmed.